**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SACV 14-1612-DOC (DFMx)                                      Date: November 18, 2014

Title: JOSE FRANCISCO GARAVITO V. JPMORGAN CHASE BANK NA, et al.

PRESENT:

**THE HONORABLE DAVID O. CARTER, JUDGE**

| Deborah Goltz | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**   **ORDER DENYING MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO QUASH SERVICE, AS MOOT [13]**

Before the Court is Specially Appearing Defendant JPMorgan Chase Bank, N.A.'s Motion to Dismiss, or in the Alternative, to Quash Service ("Mot." or "Motion") (Dkt. 13). The Court finds this matter appropriate for resolution without oral argument. *See* Fed. R. Civ. P. 78; L.R. 7-15.

The Motion objected to the defective proof of service filed by Plaintiff on October 10, 2014 (Dkt. 11). After the Motion was filed on October 31, 2014, Plaintiff filed another proof of service on November 14, 2014.

Accordingly, the Court DENIES the Motion as moot.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                                                                    Initials of Deputy Clerk: djg
CIVIL-GEN